UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| OLA FITZGERALD, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:25-cv-00114-KES-EPG |
| v. | ) |
| FRANK BISIGNANO, | ) **ORDER ON STIPULATION** |
| Commissioner of Social Security, | ) |
| Defendant. | ) (Doc. 16) |
| | ) |

Having considered the Joint Stipulation for EAJA Fees and Costs, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,536.22. Subject to any offset under the Treasury Offset Program, all payments made pursuant to this Order, whether electronic or by paper, shall be delivered via the office of Plaintiff's Counsel.

SSA must make all payments, whether electronic or by paper, via Jane Cervantes, Esq., Chermol & Fishman, LLC 11450 Bustleton Avenue, Philadelphia, PA 19116.

IT IS SO ORDERED.

Dated: June 11, 2025

_____
UNITED STATES DISTRICT JUDGE