**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

OLA FITZGERALD,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-0114 KES EPG

ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO § 406(b) BE GRANTED IN PART.

Doc. 24

Ola Fitzgerald previously sought judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding her application for disability insurance and supplemental security income benefits. Doc. 1. On March 31, 2025, the action was voluntarily remanded, and judgment was granted in favor of Plaintiff. Docs. 12, 13. On remand for additional administration proceedings, an Administrative Law Judge issued a favorable decision awarding benefits to Plaintiff. Doc. 18 at 1. On August 12, 2026, attorney Jane Cervantes, counsel for Plaintiff, filed a motion seeking attorney's fees under 42 U.S.C. § 406(b). Doc. 18. The motion was referred to the assigned magistrate judge for the preparation of findings and recommendations.

On September 15, 2026, the magistrate judge issued findings and recommendations, recommending that the motion for attorney's fees be granted in part. Doc. 24. Specifically, the

magistrate judge concluded that while counsel sought an award of $ 11,536.22, the amount was unreasonably high and recommended that $7,536.22 be awarded as attorney's fees. *Id.* at 4-5. The Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 24 at 6. The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014). *Id.* Neither party filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations dated September 15, 2026 (Doc. 24) are ADOPTED in full.
2. The motion for attorney's fees under 42 U.S.C. § 406(b) (Doc. 18) is granted in part.
3. Plaintiff's counsel shall be awarded attorney's fees pursuant to 42 U.S.C § 406(b) in the amount of $7,536.22.
4. Plaintiff's counsel shall refund Plaintiff $1,536.22 for the EAJA fees previously awarded pursuant to 28 U.S.C. § 2412(d) upon the receipt of the attorney's fee award. Doc. 17.
5. Plaintiff's counsel shall serve a copy of this order on Plaintiff Ola Fitzgerald.

IT IS SO ORDERED.

Dated: September 30, 2026

UNITED STATES DISTRICT JUDGE